C. Woodford Deming, Respondent, v. Philip S. Hill and Willard B. Van Inwegen, Appellants, and Ida M. Parent, Defendant.— Order denying motion to dismiss complaint reversed upon the law, with ten dollars costs and disbursements, motion granted, with ten dollars costs, and complaint dismissed, with costs, upon authority of *Weinberg* v. *Irwinessie Holding Corporation* [*ante*, p. 241], decided herewith. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

Sylvia Elkins, Respondent, v. Harose Building Corporation, Appellant.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

Thomas J. Evers, as Executor, etc., of Delia A. Dillon, Deceased, Appellant, v. Hugh J. Dillon, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

John J. Fitzpatrick, Respondent, v. Henry D. Cochrane, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ.

Forest Box & Lumber Co., Inc., Appellant, v. Isaac Zaret, Respondent.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The court charged the jury that if they found that the transaction involved was a personal one between Zaret and Cohen, they should find for defendant. The charge so given did not properly state the law in regard to an undisclosed principal as applicable to the facts of the case. There is evidence in the case that Cohen acted for the plaintiff corporation, and if he did, and the jury so found, then the plaintiff corporation could maintain the action even though Cohen's agency was not disclosed to defendant at the time of the transactions involved. The charge, as made, was incomplete and, we think, gave the jury a wrong impression as to the right of the plaintiff to maintain the action. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.

Hyman Geller, Respondent, v. Abraham Gurowitz and Morris Gerberg, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

Charles F. Hahn, Doing Business under the Trade Name and Style of National Plumbing & Heating Co., Respondent, v. Jacob Fruchtbaum, Appellant.— Judgment of the County Court of Nassau county modified by reducing the verdict to $571, conceded by respondent to be the proper sum. As so modified, the judgment and the order denying the motion to set aside the verdict are unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

Max Horbel, Appellant, v. Steve Zedlovich, Respondent. " Mary " Zedlovich, etc., and Another, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.